■ HENRY TRUESDALE, Appellant, v. HERBERT F. DARLING et al., Doing Business as HERBERT F. DARLING, Defendants-Respondents and Third-Party Plaintiffs-Respondents. ORVAL C. MORRIS et al., Doing Business as MORRIS and REIMANN, WRECKERS, Third-Party Defendants.— Judgment and other unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment and order of Erie Special Term dismissing plaintiff's second cause of action. The order appealed from granted motion by defendants Darling to

894

dismiss said cause of action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.